FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

6/22/22

SEAN F. McAVOY, CLERK

# CHARGES AND PENALTIES

**CASE NAME:** MARTIN FIGUEROA    **CASE NO.** 2:22-CR-73-TOR-1

TOTAL # OF COUNTS: 1    ✓ FELONY    ☐ MISDEMEANOR    ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi), 18 U.S.C. § 2 | Distribution of 40 Grams or More of Fentanyl | CAG not less than 5 years and no more than 40 years; and/or $5,000,000 fine; not less than 4 years nor more than life supervised release; a $100 special penalty assessment; and denial of certain federal benefits pursuant to 21 U.S.C. §§ 862 and 862a |
|  | 21 U.S.C. § 853 | Notice of Forfeiture Allegations |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |